ACCEPTED
01-15-00092-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/9/2015 3:34:15 PM
CHRISTOPHER PRINE
CLERK

**IN THE COURT OF APPEALS
FOR THE 1ST DISTRICT, AT HOUSTON, TEXAS
CAUSE NUMBER 01-15-00092-CV**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/9/2015 3:34:15 PM
CHRISTOPHER A. PRINE
Clerk

**LYNNE M. JUREK, APPELLANT**

**V.**

**JEFFREY S. SHANNON, II, APPELLEE**

Appealed from the 312TH Judicial District Court

of Harris County, Texas

## AMENDED MOTION TO VOLUNTARY DISMISS APPEAL

Appellant Lynne M. Jurek asks the court to dismiss this appeal as she no longer wishes to pursue the same. This request for voluntary dismissal is made pursuant to TRAP 42.1.

Respectfully submitted,

**THE JUREK LAW GROUP, PLLC**

By: */s/Lynne M. Jurek*

Lynne M. Jurek
State Bar ID Number: 11059250
Email: lmjurek@jureklaw.com
363 N. Sam Houston Parkway, E. Suite 1100
Houston, Texas 77060
Telephone: (713)230-8233
Facsimile: (713)230-8654

**ATTORNEY FOR APPELLANT**

01-15-00092-CV – Appellant's voluntary motion to dismiss appeal.

## CERTIFICATE OF SERVICE

I certify that on June 2, 2015 a true and correct copy of Appellant's Amended Voluntary Motion to Dismiss was served by email on Pro Se Appellee, Jeffrey S. Shannon at jeff.rocktek@gmail.com.


/s/Lynne M. Jurek
Lynne M. Jurek

01-15-00092-CV – Appellant's voluntary motion to dismiss appeal.